904

No. 814, Misc. HERRING v. CALIFORNIA ET AL.;
No. 834, Misc. SPELLS v. WILSON, WARDEN;
No. 877, Misc. IN RE HODGE; and
No. 897, Misc. CONWAY v. WILSON ET AL. Motions for leave to file petitions for writs of habeas corpus denied. Treating the papers submitted as petitions for writs of certiorari, certiorari is denied.

No. 775, Misc. WAREHOUSE UNION LOCAL 6, INTERNATIONAL LONGSHOREMEN'S & WAREHOUSEMEN'S UNION v. WOLLENBERG, U. S. DISTRICT JUDGE. Motion for leave to file petition for writ of mandamus denied. *Aubrey Grossman* for petitioner. *Solicitor General Cox, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for the National Labor Relations Board.

No. 801, Misc. DAVIS v. CECIL, CHIEF JUDGE, U. S. COURT OF APPEALS. Motion for leave to file petition for writ of mandamus denied.

No. 671, Misc. SHIELDS ET UX. v. BLAISDELL, MAYOR, ET AL. Motion for leave to proceed on typewritten papers granted. Motion for leave to file petition for writ of mandamus denied. *Joseph A. Ryan* for petitioners.

No. 755. WIRTZ, SECRETARY OF LABOR v. STEEPLETON GENERAL TIRE CO., INC., ET AL. C. A. 6th Cir. Certiorari granted. MR. JUSTICE GOLDBERG took no part in the consideration or decision of this petition. *Solicitor General Cox, Wayne G. Barnett, Charles Donahue, Bessie Margolin* and *Caruthers G. Berger* for petitioner. *Wade H. Sides, Jr.,* for respondents.